

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **TERGUN SHADOYAN**<br>1511 Gregg Street, Unit B<br>Philadelphia, PA 19115<br><br>　　　　　　　　Plaintiff(s)<br>　　v.<br><br>**MERCANTILE ADJUSTMENT BUREAU, LLC**<br>6390 Main Street, Suite 160<br>Williamsville, NY 14221<br><br>　　　　　　　　Defendant | No.: 13  7615<br><br>Jury Trial Demanded |

## COMPLAINT

### INTRODUCTION

1. This is a lawsuit for damages brought by consumer(s) for Defendant(s)' alleged violations of the Fair Debt Collection Practices Act, 15 U.S.C. 1692, et seq. (hereinafter "FDCPA").

### JURISDICTION AND VENUE

2. All previous paragraphs of this complaint are incorporated by reference and made a part of this complaint.

3. Jurisdiction of this Court arises under 15 U.S.C. Section 1692k(d), 28 U.S.C. Section 1331, 1337 and supplemental jurisdiction exists for the state law claims pursuant to 28 U.S.C. Section 1367. Venue is proper in accordance with 28 U.S.C. Section 1391(b).

4. Defendant obtains the benefit(s) of regularly transacting business in Philadelphia County in the Commonwealth of Pennsylvania.

5. Defendant regularly transacts business in the county of Philadelphia in the Commonwealth of Pennsylvania.

## PARTIES

6. All previous paragraphs of this complaint are incorporated by reference and made a part of this Complaint.

7. Plaintiff is Tegrun Shadoyan, an adult individual with a current address of 1511 Gregg Street, Unit B, Philadelphia, PA 19115.

8. Defendant(s) is Mercantile Adjustment Bureau, LLC, a business engaged in consumer debt collection with a principle place of business located at 6390 Main Street, Sutie 160, Williamsville, NY 14221.

## FACTUAL BACKGROUND

9. All previous paragraphs of this Complaint are incorporated by reference as though fully set forth herein.

10. On or about November 15, 2013, within 365 days from the date of the filing of this Complaint, Defendant called on several occasions Plaintiff, Tagrun Shadoyan, x-wife's (Nadiya Litovska) cellular phone number 267-474-5152. (See attached copy of cell phone screen picture, Exhibit "A")

11. Defendant was attempting to collect an alleged debt of Plaintiff Targun Shadoyan and left the following message on, his x-wife's, ( Nadiya Litovska) cellular phone:

*"Hi, this message is solely for Tegrun. If you are not Tegrun please disconnect the call. By continuing to listen you acknowledge you are. My name is Tia Race, my contact number is 866-851-0083, my extension is 8262. I am mandated to inform you that this communication is from a debt collector. This is an attempt to collect a debt and any information obtained will be used solely for that purpose."* (To be produced at trial.)

12. Defendant disclosed to third party/ies that this matter was debt related.

13. Defendant failed to provide meaningful disclosure of identity, specifically the name of the Defendant company, Mercantile Adjustment Bureau, was not disclosed.

## COUNT I
## VIOLATION OF THE FDCPA
## 15 USC 1692 et. seq.

14. All previous paragraphs of this Complaint are incorporated by reference as though fully set forth herein.

15. Plaintiff is a consumer debtor as defined by the Fair Debt Collection Practices Act (FDCPA), 15 USC 1692a(3).

16. Defendant is a debt collector as defined by the FDCPA, 15 USC 1692a(6).

17. At all times mentioned herein, Defendant was attempting to collect on an alleged consumer "debt" against Plaintiff through "communications" as defined by FDCPA 15 U.S.C. Section 1692a(2) and 1692a(5).

18. Defendant violated the FDCPA, 15 U.S.C Sections, 1692c(b), 1692d, 1692d(6), 1692e(10), and 1692f in the following manner:

    (a) Communicating with Third Parties;
    (b) Engaging in conduct the natural consequence of which is to harass, oppress or abuse any person in connection with the collection of a debt;
    (c) Failing to provide meaningful disclosure of caller's identity;

    (d)    Using false representation or deceptive manes to collect or attempt to collect any debt or to obtain information concerning a consumer; and

    (e)    Otherwise using false, deceptive or misleading and unfair or unconscionable means to collect or attempt to collect a debt.

19. The FDCPA is a strict liability statue and "because the Act imposes strict liability, a consumer need not show intentional conduct by the debt collector to be entitled to damages. <u>Taylor v. Perrin, Landry, deLaunay & Durand,</u> 103 F.3d 1232 (5th Cir. 1997); <u>Russell v. Equifax A.R.S.,</u> 74 F.3d 30 (2d Cir. 1996).

20. Defendant engaged in per se violations of the FDCPA Sections 1692c(b), 1692d, 1692d(6), 1692e(10), and 1692f.

21. Defendant's actions and/or omissions as described above were malicious, intentional, willful, wanton, reckless and negligent against Plaintiff.

22. Plaintiff was distressed and suffered from embarrassment, stress and anxiety.

23. Defendant is liable for the acts committed by its agents under the doctrine of respondent superior because Defendant's agents were acting within the scope of their employment with Defendant.

24. In the alternative, Defendant(s) is liable for the conduct of its agents / employees under the theory of joint and several liability because Defendant and its agents / employees were engaged in a joint venture and were acting jointly and in concert.

25. Any mistake made by Defendant would have included a mistake of Law.

26. Any mistake made by Defendant would not have been a reasonable or bona fide mistake.

## COUNT II
## INVASION OF PRIVACY BY INTRUSION UPON SECLUSION

27. All previous paragraphs of this Complaint are incorporated by reference as though fully set forth herein.

28. Defendant intentionally interfered, physically or otherwise with the solitude, seclusion and or private concerns of affairs of the Plaintiff, Tergrun Shadoyan.

29. Defendant intentionally caused harm to Plaintiff, Tergrun Shadoyan's, emotional well-being by engaging in highly offensive conduct in the course of collecting this debt thereby invading and intruding upon Plaintiff's right to privacy.

30. Plaintiff, Tegrun Shadoyan, had a reasonable expectation of privacy in Plaintiff's solitude, seclusion and/or private concerns or affairs.

31. The intrusions and invasions by Defendant occurred in a way that would be highly offensive to a reasonable person in that position.

As a result of such invasions of privacy Plaintiff, Tagrun Shadoyan, is entitled to actual damages in an amount to be determined at trial from the Defendant.

## COUNT III
## VIOLATIONS OF THE PENNSYLVANIA UNFAIR TRADE PRACTICES AND CONSUMER PROTECTION LAW, 73 P.S. Section 201-1, et seq.

32. All previous paragraphs of this Complaint are incorporated by reference as though fully set forth herein.

33. The Defendant's violations of the Pennsylvania Fair Credit Extension Uniformity Act constitutes per se violations under the Pennsylvania Unfair Trade Practices and Consumer Protection Law.

34. The Defendant's acts were done with malicious, intentional, willful, reckless, wanton and negligent disregard for Plaintiff's rights under the law.

35. As a result of the Defendant's violations the Plaintiff has suffered ascertainable losses entitling the Plaintiff to actual, statutory and treble damages.

## DAMAGES

36. All previous paragraphs of this Complaint are incorporated by reference as though fully set forth herein.

37. Defendant is liable to Plaintiff for money damages pursuant to 15 U.S.C. Sections1692k(a)(1), 1692k(a)(2)(A) and attorney's fees pursuant to 15 U.S.C. Section 1692k(a)(3).

**WHEREFORE**, Plaintiff respectfully requests that the following relief be granted:

(a) Actual damages, including but not limited to phone, fax, stationary, postage, etc. pursuant to 15 U.S.C. Section 1692k(a)(1);

(b) Statutory Damages pursuant to 15 U.S.C. Section 1692k(a)(2)(A) - $1,000.00;

(c) $5,000.00 for Emotional Distress, Humiliation, Embarrassment and Anxiety;

(d) Attorney's Fees and costs pursuant to 15 U.S.C. Section 1692 k(a)(3) and 73 P.S. Section 2270.5 against the Defendant. Attorneys' fees are calculated at a rate of $350.00 per hour;

(e) Statutory damages pursuant to 73 P.S. Section 2270.5(c);

(f)     Actual Damages pursuant to 73 P.S. Section 201-9.2(a);

(g)     Statutory damages pursuant to 73 P.S. Section 201.9-2(a);

(h)     Treble damages pursuant to 73 P.S. Section 201-9.2(a)

Plaintiff's attorney fees continue to accrue as the case move forward.

(i)     All other relief that the Court deems just and proper.

Respectfully Submitted,
BLITSHTEIN & WEISS, P.C.

By: _____

Tova Weiss, Esquire
Iriana Blitshtein, Esquire
648 2nd Street Pike
Southampton, PA 18966
(215)364-4900
Fax (215)364-8050
Attorneys for Plaintiff

Date: 12/26/2013



Exhibit "A"

JS 44 (Rev. 12/07)

# CIVIL COVER SHEET

**13   7615**

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
Tegrun Shadoyan

**DEFENDANTS** Mercantile Adjustment Bureau, LLC

**(b)** County of Residence of First Listed Plaintiff: **Philadelphia**
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Blitshtein & Weiss 648 2nd Street Pike
Southampton PA 18966

Attorneys (If Known)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

**CONTRACT**
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability
- ☐ 196 Franchise

**REAL PROPERTY**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**TORTS**

PERSONAL INJURY
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury

PERSONAL INJURY
- ☐ 362 Personal Injury - Med. Malpractice
- ☐ 365 Personal Injury - Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

PERSONAL PROPERTY
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**CIVIL RIGHTS**
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/ Accommodations
- ☐ 444 Welfare
- ☐ 445 Amer. w/Disabilities - Employment
- ☐ 446 Amer. w/Disabilities - Other
- ☐ 440 Other Civil Rights

**PRISONER PETITIONS**
- ☐ 510 Motions to Vacate Sentence
  Habeas Corpus:
- ☐ 530 General
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition

**FORFEITURE/PENALTY**
- ☐ 610 Agriculture
- ☐ 620 Other Food & Drug
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 630 Liquor Laws
- ☐ 640 R.R. & Truck
- ☐ 650 Airline Regs.
- ☐ 660 Occupational Safety/Health
- ☐ 690 Other

**LABOR**
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Mgmt. Relations
- ☐ 730 Labor/Mgmt. Reporting & Disclosure Act
- ☐ 740 Railway Labor Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Empl. Ret. Inc. Security Act

**IMMIGRATION**
- ☐ 462 Naturalization Application
- ☐ 463 Habeas Corpus - Alien Detainee
- ☐ 465 Other Immigration Actions

**BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

**SOCIAL SECURITY**
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 490 Cable/Sat TV
- ☐ 810 Selective Service
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 875 Customer Challenge 12 USC 3410
- ☒ 890 Other Statutory Actions
- ☐ 891 Agricultural Acts
- ☐ 892 Economic Stabilization Act
- ☐ 893 Environmental Matters
- ☐ 894 Energy Allocation Act
- ☐ 895 Freedom of Information Act
- ☐ 900 Appeal of Fee Determination Under Equal Access to Justice
- ☐ 950 Constitutionality of State Statutes

## V. ORIGIN (Place an "X" in One Box Only)
- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
15 U.S.C. Section 1692 et seq.
Brief description of cause:
Fair Credit Collection Practices Act

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

**DEMAND $**

CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☐ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions):
JUDGE _____  DOCKET NUMBER _____

DATE: 12/26/2013

SIGNATURE OF ATTORNEY OF RECORD

DEC 27 2013

**FOR OFFICE USE ONLY**

RECEIPT #_____  AMOUNT_____  APPLYING IFP_____  JUDGE_____  MAG. JUDGE_____



UNITED STATES DISTRICT COURT

13-cv-7615

FOR THE EASTERN DISTRICT OF PENNSYLVANIA — DESIGNATION FORM to be used by counsel to indicate the category of the case for the purpose of assignment to appropriate calendar.

Address of Plaintiff: **1511 Gregg Street, Unit B, Philadelphia, PA 19115**

Address of Defendant: **6390 Main Street, Suite 160, Williamsville, NY 14221**

Place of Accident, Incident or Transaction: _____
(Use Reverse Side For Additional Space)

Does this civil action involve a nongovernmental corporate party with any parent corporation and any publicly held corporation owning 10% or more of its stock?
(Attach two copies of the Disclosure Statement Form in accordance with Fed.R.Civ.P. 7.1(a))   Yes☐  No☒

Does this case involve multidistrict litigation possibilities?   Yes☐  No☒

RELATED CASE, IF ANY:
Case Number: _____  Judge: _____  Date Terminated: _____

Civil cases are deemed related when yes is answered to any of the following questions:

1. Is this case related to property included in an earlier numbered suit pending or within one year previously terminated action in this court?
   Yes☐  No☒

2. Does this case involve the same issue of fact or grow out of the same transaction as a prior suit pending or within one year previously terminated action in this court?
   Yes☐  No☒

3. Does this case involve the validity or infringement of a patent already in suit or any earlier numbered case pending or within one year previously terminated action in this court?
   Yes☐  No☒

4. Is this case a second or successive habeas corpus, social security appeal, or pro se civil rights case filed by the same individual?
   Yes☐  No☒

CIVIL: (Place ✔ in ONE CATEGORY ONLY)

A. Federal Question Cases:
1. ☐ Indemnity Contract, Marine Contract, and All Other Contracts
2. ☐ FELA
3. ☐ Jones Act-Personal Injury
4. ☐ Antitrust
5. ☐ Patent
6. ☐ Labor-Management Relations
7. ☐ Civil Rights
8. ☐ Habeas Corpus
9. ☐ Securities Act(s) Cases
10. ☐ Social Security Review Cases
11. ☒ All other Federal Question Cases
    (Please specify)

B. Diversity Jurisdiction Cases:
1. ☐ Insurance Contract and Other Contracts
2. ☐ Airplane Personal Injury
3. ☐ Assault, Defamation
4. ☐ Marine Personal Injury
5. ☐ Motor Vehicle Personal Injury
6. ☐ Other Personal Injury (Please specify)
7. ☐ Products Liability
8. ☐ Products Liability — Asbestos
9. ☐ All other Diversity Cases
   (Please specify)

DEC 27 2013

ARBITRATION CERTIFICATION
(Check Appropriate Category)

I, **Tova Weiss**, counsel of record do hereby certify:

☐ Pursuant to Local Civil Rule 53.2, Section 3(c)(2), that to the best of my knowledge and belief, the damages recoverable in this civil action case exceed the sum of $150,000.00 exclusive of interest and costs;

☐ Relief other than monetary damages is sought.

DATE: **12/26/2013**   _____   74015
                        Attorney-at-Law       Attorney I.D.#

NOTE: A trial de novo will be a trial by jury only if there has been compliance with F.R.C.P. 38.

I certify that, to my knowledge, the within case is not related to any case now pending or within one year previously terminated action in this court except as noted above.

DATE: **12/26/2013**   _____   74015
                        Attorney-at-Law       Attorney I.D.#

CIV. 609 (6/08)

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

## CASE MANAGEMENT TRACK DESIGNATION FORM

| Tegrun Shadoyan | : | CIVIL ACTION |
|---|---|---|
| v. | : | |
| Mercantile Adjustment Bureau, LLC | : | NO. 13   7615 |

In accordance with the Civil Justice Expense and Delay Reduction Plan of this court, counsel for plaintiff shall complete a Case Management Track Designation Form in all civil cases at the time of filing the complaint and serve a copy on all defendants. (See § 1:03 of the plan set forth on the reverse side of this form.) In the event that a defendant does not agree with the plaintiff regarding said designation, that defendant shall, with its first appearance, submit to the clerk of court and serve on the plaintiff and all other parties, a Case Management Track Designation Form specifying the track to which that defendant believes the case should be assigned.

SELECT ONE OF THE FOLLOWING CASE MANAGEMENT TRACKS:

(a) Habeas Corpus -- Cases brought under 28 U.S.C. § 2241 through § 2255.  ( )

(b) Social Security -- Cases requesting review of a decision of the Secretary of Health and Human Services denying plaintiff Social Security Benefits.  ( )

(c) Arbitration -- Cases required to be designated for arbitration under Local Civil Rule 53.2.  ( )

(d) Asbestos -- Cases involving claims for personal injury or property damage from exposure to asbestos.  ( )

(e) Special Management -- Cases that do not fall into tracks (a) through (d) that are commonly referred to as complex and that need special or intense management by the court. (See reverse side of this form for a detailed explanation of special management cases.)  ( )

(f) Standard Management -- Cases that do not fall into any one of the other tracks.  (X)

| 12/26/2013 | _signature_ | Tegrun Shadoyan |
|---|---|---|
| Date | Attorney-at-law | Attorney for Plaintiff, Tegrun Shadoyan |
| 215-364-4900 | 215-364-8050 | Weiss@lawyersbw.com |
| Telephone | FAX Number | E-Mail Address |

(Civ. 660) 10/02

DEC 27 2013



IRIANA BLITSHTEIN*
e-mail:   blitshtein@lawyersbw.com

TOVA WEISS*
e-mail:   weiss@lawyersbw.com

*Also admitted in NY

Law Offices of
### BLITSHTEIN & WEISS, P.C.
ATTORNEYS AT LAW
648 2nd Street Pike
Southampton, PA 18966
Phone: (215) 364-4900
Toll Free: (888) 435-4111
Facsimile: (215) 364-8050
WWW.LAWYERSBW.COM
December 26, 2013

13  7615

United States District Court
Eastern District of Pennsylvania
Room 2609
601 Market Street
Philadelphia, PA 19106
Attention: Office of the Clerk of Court

VIA FIRST CLASS MAIL; POSTAGE PREPAID

RE:   **Tegrun Shadoyan v. Mercantile Adjustment Bureau, LLC**

Dear Sir/Madame:

Enclosed herein please find the following documents to be filed with the Court regarding the above referenced case:

1. Civil Cover Sheet;
2. Designation Form;
3. Case Management Track Designation Form;
4. Complaint;
5. Application to Proceed in District Court Without Prepaying Fees or Costs.

RECEIVED DEC 27 2013 By _____

Kindly, forward a copy of the time stamped Complaint and Summons back to my office in the enclosed self-addressed stamped envelope.

Should you have any questions or concerns please contact the undersigned attorney.

Thank you for your time and attention in this regard.

Very truly yours,
BLITSHTEIN & WEISS, P.C.

BY: _____
        TOVA WEISS, ESQUIRE

TW/rf
Enclosure(s)