UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
CIVIL ACTION-LAW

| | |
|---|---|
| TEGRUN SHADOYAN | : |
| Plaintiff | : |
| | : No.: 2:13-cv-07615 |
| MERCANTILE ADJUSTMENT BUREAU, LLC | : |
| Defendant | : |

## NOTICE OF VOLUNTARY DISMISSAL

To the Clerk of Court:

Kindly mark this case as voluntarily dismissed by Plaintiff as it has been settled.

Respectfully Submitted,
**BLITSHTEIN & WEISS, P.C.**

By: _____
Tova Weiss, Esquire
Iriana Blitshtein, Esquire
648 2nd Street Pike
Southampton, PA 18966
(215)364-4900
Fax (215)364-8050
Attorneys for Plaintiff

Date: March 4, 2014